25-2105C

---

**No.**

---

## IN THE
## UNITED STATES COURT OF FEDERAL CLAIMS

TONGSUN KIM and GWANJUN KIM

*Plaintiffs*

*Vs*

The United States

I.    ELIZABETH CLEMENT (Formal Michigan Chief Justice);
II.   MICHIGAN SUPREME COURT;
III.  LARRY ROYSTER (*Judicial defendants* );
IV.   STATE OF MICHIGAN;
V.    MICHIGAN OFFICE OF ADMINISTRATIVE
      HEARING AND RULE;
VI.   DARYL ROYAL;DUNCAN A MCMILAN;GRNNER S. RIES;
      Michigan workers compensation agency appellate commission
VII.  CHRIS D SLATER Magistrate of  State of Michigan worker's
      Disability Compensation Agency

*(State defendants)*;

CLEMENT

## PRO SE COMPLAINT AND MOTION FOR JUDGMENT ON THE PLEADINGS RCFC.12(c)

RECEIVED - USCFC

DEC 1 1 2025

1

## 1. JURISDICTION.

Defendants –State of Michigan is a state within the United States, admitted to the Union in 1837 as the 26th state.

Federal Tort Claims Act 28 U.S.C. §2671, State department government damages from the negligent or wrongful acts requires the United States Court of Federal Claims has *jurisdiction to render judgment upon any claim against the United States.* 28 U.S.C. §§ 1491.

On July 22, 2025 the United States District Court Eastern district of Michigan Case number 24-13028 dismissed the case for the lack of jurisdiction. This Court has an only Federal Tort Claim Jurisdiction.

The U.S. C § 2671 requires Plaintiff must be filed *"an administrative claim*[1] *with* CLEMENT *before a lawsuit".* Plaintiff filed *administrative claim,* Michigan Supreme Court, Alicia Moon, General Counsel was answered that

---

[1] Exhibit A. A copy of evidence *"an administrative claim before law suit"* from the Michigan Supreme Court General Counsel " The Code of Judicial Conduct does not allow Chief Justice Clement [**CLEMENT**] to engage in practice of law or serve as a party's advocate"p. 1

*"She cannot consider communication made outside the presence of the parties concerning a proceedings, "the Code of Judicial Conduct does not allow Chief Justice CLEMENT to engage in the practice of law or serve as a party's advocate"* See. Exhibit A.

## STATEMENT OF QUESTIONS INVOLVED

**Questions 1**.

Is the Michigan Supreme Court No 164867, docket no 36

appears Exhibit B, *Magna Mirrors of America Hickey Leonard M* filed

Motion for *Miscellaneous Relief Obtainable* MCR 7.316(A)?.

Plaintiff says: Yes

Defendants say: No. Kim filed Motion and sanction. This answer is
only unintelligent, this is a crime.

**Questions 2**. Is the Michigan Supreme Court No 164867, docket no

38 appears Exhibit B, denied *Magna Mirrors of America Hickey*

*Leonard M's* Motion for *Miscellaneous Relief Obtainable* MCR

7.316(A)?

Plaintiff says: Yes

Defendants say: No. denied Kim's Motion for *Miscellaneous Relief
Obtainable* MCR 7.316(A)[Kim's Motion and sanction] This answer is
only unintelligent, this is a crime.

**Questions 3**.

Is the Michigan Supreme Court No 164867, docket no 38, Exhibit

B appears Kim was prevailed party under Motion for *Miscellaneous*

*Relief Obtainable* MCR 7.316(A)?

Plaintiff says: Yes

Defendants say: No. Magna was prevailed party. This answer is only unintelligent, this is a crime.

## Questions 4.

Is the Michigan Supreme Court No 164867, docket no 39 Exhibit

appears *Record returned*

[Kim's MOTION FOR JUDGMENT AND EXPENSES RULE 7.316(C)(2)] for Kim was prevailed party under Motion for *Miscellaneous Relief Obtainable* MCR 7.316(A)] ?

Plaintiff says: Yes.

Defendants say: Yes.

## Questions 4.

Is the Michigan Supreme Court No 164867, docket no 49 Exhibit

appears *rejected* Kim's first *motion for relief from Judgment within one*

*year after the judgment?*

Plaintiff says: Yes.

Defendants say: Yes.

## Questions 5.

Is the Michigan Supreme Court No 164867, docket no 50 Exhibit

appears *rejected* Kim's second *motion for relief from Judgment order*

under MCR 2,612(C)(2) Kim's Second *motion for relief from*

*Judgment within one year after the judgment?*

Plaintiff says: Yes.

Defendants say: Yes.

It is import notes that defendant relies Magna was prevail party, instead the Court docket no 38, Exhibit B appears Kim was prevailed party under Motion for *Miscellaneous Relief Obtainable* MCR 7.316(A). Those decisions are only unintelligent, Emotional bios, crime, judge-Mafia's behavior, waste and Meritless. Defendant was so engage in conspiracy and defendant violated of negligent or wrongful act, Federal Tort Claims Act 28 U.S.C. §2671.

# INTRODUCTION

**I.**   **Plaintiff**, GwanJun Kim, Tongsun Kim resides 360 East
Tuttle rd Lot 54 Ionia MI 48846 United States.
(616)902-4344, gwanjun@hotmail.com

Plaintiff-Tongsun Kim(Kim) is a 71 years old, U.S Citizen,

woman formal 15 years employee of Magna international of America

Inc (Magna)

assembly line worker permanent total disability due to work related

injury by Magna.

The Magna have never been provide any of the Unemployment
benefit or/and Michigan Worker's Disability Compensation benefit
Wage lost benefit, Furnishing medical care, and spouse nursing
care MCL Section 418.315(1) and medical bill over 10years

Dr. Eleanor Y Chan (Dr Chan) M.D Otology/Neurotology,

Michigan Ear Institute issued permanent total disability due "Work-

related Injury" MCL 418.301(5)(c) and has been required

three(3)times surgeries, tympanomastoidectomy on 12/11/2013;

06/09/15 and 02/01/2019.  See. Exhibit C.

Plaintiff GwanJun Kim is 73years old man, 48 years the U.S.

Citizen, husband of the Tongsun Kim- permanent total disability

person. He lost *spouse benefit* take care 24 hours over 10yers

under *permanent total disability due "Work-related Injury"* MCL

418.301(5)(c)

In 2013 Tongsun Kim request to the State defendants the

Unemployment benefit or/and  Michigan Worker's Disability

Compensation benefit over 10years due to work related injury.

On January 4, 2023 Michigan Supreme court six justice

included wrongdoer -perpetrator of Conspiracy- CLEMENT

decision that Kim is prevail party. The Exhibit B, docket no 38

appears Kim was prevailed party under Motion for *Miscellaneous*

*Relief Obtainable* MCR 7.316(A)[ denied for Magna's Motion for

sanction]. The Exhibit B, docket no 36, and 38

## II.    Defendants

The United States

Attorney General's Office, Michigan Hall of Justice
925 W. Ottawa St., P.O. Box 30022, Lansing, MI 48909-7522

I.     ELIZABETH CLEMENT (Formal Michigan Chief Justice);
II.    MICHIGAN SUPREME COURT;
III.   LARRY ROYSTER (*Judicial defendants* );
IV.    STATE OF MICHIGAN;
V.     MICHIGAN OFFICE OF ADMINISTRATIVE
       HEARING AND RULE;
VI.    DARYL ROYAL;DUNCAN A MCMILAN;GRNNER S. RIES;
Michigan workers compensation agency appellate commission
VII.   CHRIS D SLATER Magistrate of  State of Michigan worker's
Disability Compensation Agency
(*State defendants*);

                                                CLEMENT

The CLEMENT

Involves legal questions related to the U.S. Constitution: chronic

violated of negligent or wrongful act, Federal Tort Claims Act 28

U.S.C. §2671.

Exhibit B, docket no 38 appears Kim was prevailed party

under Magna's Motion for *Miscellaneous Relief Obtainable* MCR

7.316(A)[ denied for Magna's Motion for sanction].

CLEMENT, relies *closed out*[2], instead dockets the file[3] and

"grant relief as the case may require and damages and expenses

[ Ten Million five hundred five thousand dollar ($10,505,000.00)]

incurred by the opposing party" MCR 7.316(C)(2).This is caused of

legal action and evidence of Meticulous documentation. Kim has

victim suffering damages, more than 10 years, Kim wants the court

to 20million judgment against the United States.  CLEMENT is

involved failed to the wrongdoer -perpetrator of Conspiracy, relies

*closed the case*, instead dockets the file[4] and "grant relief as the

---

[2]See. Exhibit B. docket no 40

[3] Kim's MOTION FOR JUDGMENT AND EXPENSES RULE 7.316(C)(2)( *See.* Exhibit B docket 44), and Kim's first (*See.* Exhibit C docket 49), and <u>On 04/24/2023</u> Second Kim's Motion for Relief from Judgment MCR 2612(A) (docket 50).

[4] Kim's MOTION FOR JUDGMENT AND EXPENSES RULE 7.316(C)(2)( *See.* Exhibit B docket 39), and Kim's first (*See.* Exhibit A docket 49), and <u>On 04/24/2023</u> Second Kim's Motion for Relief from Judgment MCR 2612(A) (*See.* Exhibit A docket 50),

case may require and damages and expenses [ Ten Million five

hundred five thousand dollar ($10,505,000.00)] incurred by the

opposing party" MCR 7.316(C)(2).

Michigan Attorney General argued that Exhibit B, docket no 38 appears Kim was prevailed party is Magna was prevailed party which is the Six Justice, CLEMENT decision that Kim were a prevail party.

**Defendant;** the United State America

I.    ELIZABETH CLEMENT (Formal Michigan Chief Justice);
II.   MICHIGAN SUPREME COURT;
III.  LARRY ROYSTER (*Judicial defendants* );
IV.   STATE OF MICHIGAN;
VIII. MICHIGAN OFFICE OF ADMINISTRATIVE
      HEARING AND RULE;
IX.   DARYL ROYAL;DUNCAN A MCMILAN;GRNNER S. RIES;
Michigan workers compensation agency appellate commission
X.    CHRIS D SLATER Magistrate of  State of Michigan worker's
Disability Compensation Agency
               (*State defendants*);

CLEMENT

All Defendants (CLEMENT) are resides State of Michigan United

States.

2. **Previous Lawsuits.** Have you begun other lawsuits in the lawsuits in the United States Court of Federal Claims? NO.

3. **STATE OF THE CLAIM.**

**FACT OF STATEMENT
PLAINTIFF'S ASSERT IN COUNT**

The MAGNA[5] is a Bose of Conspires and Defendant CLEMENT was over 10years of perpetrator of Conspires MCL 750.159; Defendant –CLEMENT is a part of the United States. CLEMENT, relies *closed the case*, instead dockets the file Kim's MOTION FOR JUDGMENT AND EXPENSES RULE 7.316(C)(2)( *See.* Exhibit B docket 39), and "grant relief as the case may require and damages and expenses [ Ten Million five hundred five thousand dollar ($10,505,000.00)] incurred by the opposing party" MCR 7.316(C)(2).This is caused of legal action and evidence of Meticulous documentation. Kim has victim suffering damages, more than 10 years, Kim wants the court to 20million judgment against the United States.

The CLEMENT-wrongdoer was chronic disqualification, recusal as a Michigan chief justice. Kim has victim suffered damages over 10yeas.

### Cause of Action I

The Exhibit B, docket no 38 appears the six justice include wrongdoe CLEMENT Kim was prevailed party. MAGNA was NOT

---

[5] Michigan Supreme Court case number 166983, Defendants; MAGNA MIRRORS AMERICA, INC; ZURICH-AMERICAN INSURANCE COMPAY; LEONARD M. HICKEY; AND JEFFREY LEIDER

prevailed party. The Judicial-defendants response, continue   lies that MAGNA filed the Motion is, Kim filed the Motion for *Miscellaneous Relief Obtainable* MCR 7.316(A) and MAGNA was prevailed party.

This is CLEMENT chronic lie evidence that The Exhibit B, docket no 36 appears *Magna Mirrors of America Hickey Leonard M* filed the Motion, is Kim filed Motion for *Miscellaneous Relief Obtainable* MCR 7.316(A).

The Exhibit B, docket no 39 appears CLEMENT relies *Record Returned* (Kim's MOTION FOR JUDGMENT AND EXPENSES RULE 7.316(C)(2)) refused the docket and refused obligation to award damages MCR 7.316(C)(2)to "grant relief as the case may require and damages and expenses [ Ten Million five hundred five thousand dollar ($10,505,000.00)] incurred by the opposing party[ Kim was prevailed party under Motion for *Miscellaneous Relief Obtainable* MCR 7.316(A)]" This is Meticulous documentation and Cause of Action.

## Cause of Action II

The Exhibit B, docket no 39 appears CLEMENT is involved failed to the wrongdoer -perpetrator of Conspiracy, relies not comply

with a rule MCR 8.119(C) refused dockets*[ record returned]* the file[6]

instead dockets the Kim's MOTION FOR JUDGMENT AND

EXPENSES RULE 7.316(C)(2). This is caused of legal action and

evidence of Meticulous documentation. Kim has victim suffering

damages, more than 10 years.

### Cause of Action  III.

State of Michigan Workers' Disability Compensation benefit

MCL 418.301, has two(2)requirement, the First requirment

SLATER[7], relies

*"Ms Helmer indicated that she recalled Plaintiff coming in to mention....Ms. Helmer remember that Plaintiff did complain that wearing safety glasses irritated the back of her ear" See. Magistrate-Slater Opinion p14 [sufficient]"*

is

*"in other words ...insufficient" Opinion p21 and denied the Michigan* Workers' Disability Compensation benefit  MCL 418.301( Exhibit D)

instead the  *"sufficient" is sufficient.* This is Meticulous

documentation and Cause of Action II.

---

[6] Kim's MOTION FOR JUDGMENT AND EXPENSES RULE 7.316(C)(2)( *See.* Exhibit B docket 38), and Kim's first (*See.* Exhibit B docket 49), and On 04/24/2023 Second Kim's Motion for Relief from Judgment MCR 2612(A) (*See.* Exhibit B docket 50),

[7] Defendant- State defendant CHRIS D SLATER Magistrate of  State of Michigan worker's Disability Compensation Agency(SLATER)

Second requirement SLATER[8]lies second requirement *"The*

*magistrate need not adopt expert* [ Chan's expert *opinion work*

*related injury"p.19]"* See. Exhibit D.

Dr. Eleanor Y Chan (Dr Chan) M.D Otology/Neurotology, Michigan
Ear Institute issued permanent total disability due "*Work-related
Injury*" MCL 418.301(5)(c) and has been required three(3)times
surgeries, tympanomastoidectomy on 12/11/2013; 06/09/15 and
02/01/2019. *See.* Exhibit B. and denied the *Michigan* Workers'
Disability Compensation benefit  MCL 418.301

True is SLATER must  adopt expert opinion and granted *Michigan*

Workers' Disability Compensation benefit  MCL 418.301.

SLATER chosen ENT doctor none-expert opinion and denied the

*Michigan* Workers' Disability Compensation benefit  MCL 418.301,

which led to the Six justice, includes CLEMENT decision that

Kim was prevailed party is not MAGNA was prevailed party.

This is Meticulous documentation.

### Cause of Action  IV.

The Commissioners [9]were involved failed to the wrongdoer -

perpetrator of Conspiracy, relies failure to timely ***shall*** *file a copy of*

*the transcript of the hearing* [*do not need it*]dismissed with prejudice,

---

[8] Defendant- State defendant CHRIS D SLATER Magistrate of  State of Michigan worker's
Disability Compensation Agency(SLATER)
[9] STATE OF MICHIGAN; and MICHIGAN OFFICE OF ADMINISTRATIVE
HEARING AND RULE;

instead do not need it, and justice of Cause of action III, which led

to the Six justice, includes CLEMENT decision that

Kim was prevailed party is not MAGNA was prevailed party.

This is Meticulous documentation.

## Cause of action V

The State of Michigan[10]were involved failed to the wrongdoer -

perpetrator of Conspiracy, relies no docking the complaint against

Commissioners and SLATER, instead docket the complaint WHICH

LED TO THE SIX JUSTICE DECISION KIM WERE A PREVAIL

PARTY" This is Meticulous documentation

## STATEMENT OF THE CASE

The Untied States -CLEMENT-perpetrator of Conspires MCL 750.159

have legal consequences, an individual may be liable for acting

negligence claim lawsuit

Kim established the 4 elements requirement

(1)Chief justice- CLEMENT -wrongdoer owed a duty to the victim,
(2) breached the duty, (3) the breach caused the injury,(4)the
victim suffered damages.

---

[10] DARYL ROYAL;DUNCAN A MCMILAN; GRNNER S. RIES;Michigan workers compensation
agency appellate commission

The CLEMENT –1. wrongdoer was negligent and perpetrator of

Conspires MCL 750.159 and 2. *owed a duty to the victim,*

breached the duty,3,  the breach caused the injury refused the

*"grant relief as the case may require and damages and expenses*
[ Ten Million five hundred five thousand dollar ($10,505,000.00)]
*incurred by the opposing party"* MCR **7.316(C)(2)**

4. Plaintiff request *the victim suffered damages*  $ 20,000,000.00
or a fair settlement or fair amount at trail.

Kim submitted meticulous documentation as cause of action I to

V.

**ARGUMENT**

I.    **STANDARD OF REVIEW**

There is no genuine dispute as to any material fact

The Exhibit B, docket no 38 appears Kim was prevailed party is not
MAGNA was prevailed party. The Judicial-defendants response,
continue   lies that MAGNA filed the Motion is, Kim filed the Motion
for *Miscellaneous Relief Obtainable* MCR 7.316(A) and MAGNA was
prevailed party


and the movant is entitled to judgment as matter of law RCFC.56(a)

The Michigan Supreme Court record appears, The wrongdoer

CLEMENT refused the docket

Kim's MOTION FOR JUDGMENT AND EXPENSES RULE
7.316(C)(2)( *See.* Exhibit B docket 38), and Kim's first (*See.* Exhibit

16

B docket 49), and <u>On 04/24/2023</u> Second Kim's Motion for Relief from Judgment MCR 2612(A) (*See.* Exhibit B docket 50),

obligated to award damages MCR 7.316(C)(2)to "grant relief as the case may require and damages and expenses [ Ten Million five hundred five thousand dollar ($10,505,000.00)] incurred by the opposing party[Kim was prevailed party is not MAGNA was prevailed party]

## II.  **MOTION FOR JUDGMENT ON THE PLEADINGS**

*Early enough not to delay trail, a party may move for judgment of the pleadings.* RCFC.12(c) *There is no genuine dispute as to any material fact and the movant is entitled to judgment as matter of law* RCFC.56(a)

### ARGUMENTI

CLEMENT**'S DECISION KIM WAS PREVAIL PARTY IS, MAGNA WAS PRELAILED PARTY. THE DECISION IS ONLY UNINTELLIGENT, BIOS, WASTE, CLAIME, THE MAFIA'S BEHAVIOR, VIOLATED OF NEGLIGENT OR WRONGFUL ACT AND MERITLESS.**

On January 4, 2023 Michigan Supreme record appears

Michigan Supreme Court six justice, included Wrongdoer-

CLEMENT decision that Kim is prevail party[11]

---

[11] See. Exhibit B. Copy of Michigan Supreme court case number 164867 docket no. 38, denied motion sanction[Magna's motion for relief under MCR 7.316(C)(1)

The CLEMENT response, continue   lies at the Michigan

Supreme Court  over 10years  *"Michigan Supreme court denial of Ms.*

*Kim's motion and sanctions requests"*p.5.  This is chronic lie

evidence of  CLEMENT violated of negligent or wrongful act, Federal

Tort Claims Act 28 U.S.C. §2671.

### ARGUMENTII

A. **Michigan Supreme Court record appears, THE
   METICULOUS DOCUMENTATION RECORD APPEARS
   Wrongdoer-CLEMENT refused obligated to award damages
   MCR 7.316(C)(2) for MAGNA as true.**

Wrongdoer CLEMENT ERRED WHEN IT RELIES REFUSED

COMPLY THE MCR 7.316(C)(2),refused the "obligated to award

damages pursuant to the vexatious proceeding appellate rule **reject**

*"grant relief as the case may require and damages and expenses*

[Ten Million five hundred five thousand dollar ($10,505,000.00)]

incurred by the *opposing party*[ Kim was prevail party" MCR

7.316(C)(1) AS TRUE.

*There is no genuine dispute as to any material fact and the*

*movant is entitled to judgment as matter of law* RCFC.56(a)

### ARGUMENTIII

B. **CLEMENT RELIES REFUSED DOCKETS THE MOTIONS
   INSTEAD DOCKET THE MOTIONS**

CLEMENT relies refused the motions and returned the motion,

instead dockets the motions. Kim has victim suffering damages,

more than 10 years.

### ARGUMENTIV

C. **Wrongdoer-CLEMENT (1)owed a duty to the victim-plaintiff and the CLEMENT (2)breached on duty, (3) the breach caused the injury to plaintiff and (4)plaintiff has victim suffered damages as true.**

*There is no genuine dispute as to any material fact and the*

*movant is entitled to judgment as matter of law* RCFC.56(a)that

Wrongdoer-CLEMENT (1)owed a duty to the victim-plaintiff and the CLEMENT (2)breached on duty, (3) the breach caused the injury to plaintiff and (4)plaintiff has victim suffered damages as true.

### ARGUMENTV

D.    **PLAINTIFF SUBMITTED THE TORT CLAIM EVIDENCE THE METICULOUS DOCUMENTATION AS TRUE**

Plaintiff submitted the tort claim evidence the Meticulous

Documentations are as true.

### ARGUMENTVI.

E.  **PLAINTIFF FILED AN ADMINISTRATIVE CLAIM WITH RELEVANT AGENCY BEFORE A LAW SUIT AS TRUE.**

19

Exhibit A. appears plaintiff filed an administrative claim with relevant agency before a law suit as true.

### ARGUMENTVII.

THERE IS NOTHING Wrongdoer-CLEMENT'S OPINIION OR ANSWERE THE PARTICULARY AVOID the Cause of action I to V anywhere in the United States America.

There is nothing Wrongdoer-CLEMENT's opinion or Answer to the evidence of Meticulous documentation, cause of action I, II, III, IV and V

CLEMENT relies keep silent the Cause of action I to V, and

*"She cannot consider communication made outside the presence of the parties concerning a proceedings, "the Code of Judicial Conduct does not allow Chief Justice CLEMENT to engage in the practice of law or serve as a party's advocate"* See. Exhibit A.

Instead, pay the *administrative claim* Federal Tort Claims Act 28 U.S.C. §2671 The CLEMENT'S *decision falls outside the range of reasonable and principled outcomes.*

CLEMENT relies attempt avoid ANSWER THE cause of action I to V. Those decisions are only unintelligent, Emotional bios, crime, judge-Mafia's behavior, waste and Meritless. Defendant-CLEMENT so engage in conspiracy,

, does not have qualified immunity, because CLEMENT's action not "probable cause to believe, *id.*"

## Cause of Action I

CLEMENT wrongdoer -perpetrator of Conspiracy, relies refused the obligated to award damages MCR 7.316(C)(2)

## Cause of Action II

CLEMENT is involved failed to the wrongdoer -perpetrator of Conspiracy, refused dockets the file[12] instead dockets the file.

## Cause of Action  III.

SLATER[13] wrongdoer -perpetrator of Conspiracy, relies first requirement;

*"Ms Helmer indicated that she recalled Plaintiff coming in to mention....<u>Ms. Helmer remember that Plaintiff did complain that wearing safety glasses irritated the back of her ear</u>" See. Magistrate-Slater Opinion p14 [sufficient]"*

*is*

---

**12** Kim's MOTION FOR JUDGMENT AND EXPENSES RULE 7.316(C)(2)( *See.* Exhibit B.docket 44), and Kim's first (docket 49), and <u>On 04/24/2023</u> Second Kim's Motion for Relief from Judgment MCR 2612(A) (docket 50),

13 Defendant- State defendant CHRIS D SLATER Magistrate of  State of Michigan worker's Disability Compensation Agency(SLATER)

*"in other words …<u>insufficient" Opinion p21</u>* and denied the Michigan Workers' Disability Compensation benefit  MCL 418.301, instead the  *"sufficient" is sufficient* and granted *the Michigan* Workers' Disability Compensation benefit  MCL 418.301

SLATER relies second requirement *"The magistrate need not adopt expert" p.19.,* instead *adopt expert* Chan's expert *opinion work related injury* Exhibit D. WHICH LED TO THE SIX JUSTICE DECISION KIM WERE A PREVAIL PARTY.

## Cause of Action  IV.

The Commissioners [14] relies failure to timely ***shall*** *file a copy of the transcript of the hearing [do not need it]*dismissed with prejudice, instead do not need it WHICH LED TO THE SIX JUSTICE DECISION KIM WERE A PREVAIL PARTY

## Cause of action V

The State of Michigan[15] wrongdoer -perpetrator of Conspiracy, relies no docking the complaint against Commissioners and SLATER,

---

[14] STATE OF MICHIGAN; and MICHIGAN OFFICE OF ADMINISTRATIVE HEARING AND RULE;
[15] DARYL ROYAL;DUNCAN A MCMILAN; GRNNER S. RIES;Michigan workers compensation agency appellate commission

instead docket the complaint WHICH LED TO THE SIX JUSTICE

DECISION KIM WERE A PREVAIL PARTY"

The State of Michigan relies attempt avoid answer to the

Cause of action I to V, instead answer the Cause of I to V and

provided the Unemployment benefits or Michigan Workers disability

Compensation benefit

On December 2013 filed Michigan Worker's Disability benefit

Benefit.

Dr. Eleanor Y Chan (Dr Chan) M.D Otology/Neurotology, Michigan Ear Institute issued permanent total disability due "*Work-related Injury*" MCL 418.301(5)(c) and has been required three(3)times surgeries, tympanomastoidectomy on 12/11/2013; 06/09/15 and 02/01/2019. *See.* Exhibit B.

SLATER, wrongdoer -perpetrator of Conspiracy Chosen

ENT doctor non-expert Jeffrey Leider opinion and denied the Workers disability compensation.

which led to Six Justice decision Kim was a prevail party under

disposition motion MCR 7.316(C)(1)(a)and (b).

The State defendants  wrongdoer -perpetrator of Conspiracy

decisions keep so silent are not the "circumstances of the

challenged conduct, *id.* This is not only unintelligent, Emotional

bios, crime, judge-Mafia's behavior and Meritless

Eleven (11) years, there is nothing in CLEMENT's decision, or

opinion or Answer to the Cause of action I to V, and

The CLEMENT have NEVER been provided the Unemployment

benefits or Michigan Workers disability Compensation benefit over

10years.

Dr. Eleanor Y Chan (Dr Chan) M.D Otology/Neurotology,
Michigan Ear Institute issued permanent total disability due "*Work-
related Injury*" MCL 418.301(5)(c) and has been required
three(3)times surgeries, tympanomastoidectomy on 12/11/2013;
06/09/15 and 02/01/2019. *See.* Exhibit B

Wrongdoer-CLEMENT (1)owed a duty to the victim-plaintiff and

the CLEMENT (2)breached on duty, (3) the breach caused the injury

to plaintiff and (4)plaintiff has victim suffered damages 11 years as

true.

Defendant CLEMENT was over 10years of perpetrator of Conspires

MCL 750.159 of the Magna[16]. The Magna action was like a Bose of

Conspires and a King of United States.

---

[16] See. Exhibit B. Michigan Supreme Court case number 166983, Defendants; MAGNA MIRRORS AMERICA, INC; ZURICH-AMERICAN INSURANCE COMPAY; LEONARD M. HICKEY; AND JEFFREY LEIDER

## 5.    RELIEF REQUESTED

For the foregoing reasons, Kim respectfully requests for Judgment of the

I.    " we want to court to judgment against the United States, demand on complaint, the Federal Tort monetary Claims twenty (20) million dollars, and "Costs of litigation"

II.    The Judgment of the CLEMENT violated of negligent or wrongful act, Federal Tort Claims Act 28 U.S.C. §2671.

III.    Kim respectfully requests further or different relief as the case may requires

"I declare under penalty of perjury that the foregoing is true and correct."

Respectfully submitted,

Dated; December 9, 2025    /s/Tongsun Kim GwanJun Kim

Tongsun Kim and GwanJun Kim
360 East Tuttle Rd Lot 54 Ionia,
MI 48846

## CERTIFICATE OF SERVICE

This is to certify that "Service of the Complaint upon the United States will be made by the Clerk of Court according to Rules of the <u>U.S. Court of Federal Claims (RCFC)</u>